FILED BY _____ D.C.

05 MAY 19  AM 10: 33

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

JAMAR NOLAN,

      Plaintiff,

v.                                                          No.:    2:05-cv-02324-SHM-dkv

WAYNE H. SMITH and
ALLIED SYSTEMS, LTD,

      Defendants.

---

## SCHEDULING ORDER

---

Pursuant to written notice, a scheduling conference was held on May 19, 2005. Present

were Stuart Breakstone, counsel for plaintiff, and Jay M. Atkins, counsel for Allied Systems, Ltd.

and Wayne H. Smith. At the conference, the following dates were established as the final dates

for:

INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26(a)(1): June 2, 2005

JOINING PARTIES: July 18, 2005

AMENDING PLEADINGS: July 18, 2005

INITIAL MOTIONS TO DISMISS: August 17, 2005

COMPLETING ALL DISCOVERY: January 17, 2006

      (a)    DOCUMENT PRODUCTION:     January 17, 2006

      (b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR

             ADMISSIONS:     January 17, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5·19·05

(4)

    (c)    EXPERT WITNESS DISCLOSURE (Rule 26):

        (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT

                INFORMATION:    November 16, 2005

        (2)    DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT

                INFORMATION:    December 16, 2005

        (3)    EXPERT WITNESS DEPOSITIONS:    January 17, 2006

                FILING DISPOSITIVE MOTIONS:  February 16, 2006

OTHER RELEVANT MATTERS:

    No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

    Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response answer, or objection shall be waived.

    This case is set for jury trial and is expected to last 3 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

    This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

    The parties are reminded that pursuant to Local Rule 11 (a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

    The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

    The parties have not consented to trial before the magistrate judge.

    This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or

extended.

       IT IS SO ORDERED.

                              *Diane K. Vescovo*

                              Diane K. Vescovo
                              UNITED STATES MAGISTRATE JUDGE

                              DATE: *May 18, 2005*

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02324 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Jay Marshall Atkins
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

J. Phillip Kerley
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT